1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                NORTHERN DISTRICT OF CALIFORNIA

8

9    RAFAEL BANKSTON,                                No. C 06-2517 MHP (pr)

10              Petitioner,                           **ORDER**

11        v.

12   MARTIN VEAL, warden,

13              Respondent.
                                            /
14

15        Petitioner's application for an enlargement of time to file his traverse is GRANTED.

16   (Docket # 10.)  Petitioner's memorandum of points and authorities in support of traverse

17   filed on November 28, 2006 is deemed timely filed.  The habeas petition remains under

18   submission and will be decided in due course.

19        Petitioner sent the service copy of his traverse to respondent's counsel at an address in

20   Sacramento, California.  Petitioner should send his service copies to the San Francisco

21   address for the particular Deputy Attorney General assigned to represent respondent in this

22   action.

23        IT IS SO ORDERED.

24   DATED:  July 3, 2007                      _____
                                               Marilyn Hall Patel
25                                             United States District Judge

26

27

28

United States District Court
For the Northern District of California